Tevis T. Thompson, Jr.
Chapter 7 Bankruptcy Trustee
P.O. Box 1110
Martinez, CA 94553
Telephone: (925) 228-0120
Facsimile: (925) 228-0526
E-Mail: Tevist@sbcglobal.net

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:

AMERITUS BUILDERS, INC.

Chapter 7
Case No. 07-42478 N-7

Debtor.

## NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of the Bankruptcy Procedure (3010 or 3011), the trustee in the above-captioned case herby turns over to the court, unclaimed dividends in the amount of $6,700.76. The Name(s) and address(es) of the claimants entitled to the unclaimed dividends are as follows:

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 6 | Archuleta & Associates<br>c/o Michael J. McQuaid, Esq.<br>Carr, McClellan, Ingersoll, et. al.<br>Professional Law Corporation<br>216 Park Road<br>Burlingame, CA | $332,493.29 | $6,700.76 |
| | Total Dividend Amount | | $6,700.76 |

Dated: November 13, 2009

_____
Tevis T. Thompson, Jr.
Chapter 7 Trustee